UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHNNIE L. RODGERS,

                     Plaintiff,

        v.                                5:04-CV-1485

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
_____

APPEARANCES:                              OF COUNSEL:

OLINSKY & DIMARTINO, LLP          JAYA A. SHURTLIFF, ESQ.
P.O. Box 2068
186 West First Street
Oswego, New York 13126
Counsel for Plaintiff

HON. GLENN T. SUDDABY            WILLIAM H. PEASE, ESQ.
United States Attorney for the         Assistant United States Attorney
Northern District of New York
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198
Counsel for Defendant

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 28th day of December 2007.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved. This matter is remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: January 17, 2008
       Syracuse, New York

*Norman A. Mordue*
Norman A. Mordue
Chief United States District Court Judge