# United States District Court
## Northern District of New York
## Civil Judgment

Johnnie L. Rodgers,

        Plaintiff,        5:04-CV-1485

-vs-                                NAM/GHL

Commissioner of Social Security,

        Defendant.

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED,

    This matter is remanded to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. §405(g).

    All of the above pursuant to the Order of the Chief United States District Court Judge, Norman A. Mordue, dated January 17, 2008.

Dated: January 18, 2008                Lawrence K. Baerman, Clerk

                                                  s/
                                        -------------------------------------------
                                        Marie N. Marra, Deputy Clerk